United States Department of State

*Washington, D.C. 20520*

July 5, 2012

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: Helmerich& Payne International Drilling Co., et al., v. Bolivarian Republic of Venezuela, et al., 11-cv 01735-RLW**

Dear Ms. Caesar:

I am writing regarding the Court's request for service of a Summons, Complaint and Notice of Suit pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. 1608(a)(4), upon the Bolivarian Republic of Venezuela as a defendant in the above referenced lawsuit.

The documents were transmitted to the Venezuelan Ministry of Foreign Affairs under cover of diplomatic note number 316, dated June 8, 2012 and delivered June 13, 2012. Please find the enclosed certified copy of the diplomatic note used to transmit these documents. Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

RECEIVED
Mail Room
JUL - 9 2012

David W. Ogden
Elisebeth Collins Cook
Francesco Valentini
Wilmer Cutler Pickering Hale & Dorr, LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

*Embassy of the United States of America*

I, Liza Ybarra, American Citizen Services Chief in Caracas, Bolivarian Republic of Venezuela certify that this is a true copy of the Embassy of the United States of America diplomatic note number 316 dated June 08, 2012, and delivered to the Ministry of Foreign Affairs of the Swiss Confederation on June 13, 2012.

**Liza Ybarra**
American Citizen Services Chief
US Embassy
Caracas –Venezuela

June 13, 2012

RECEIVED
Mail Room
- 9 2012
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

No. 316

La Embajada de los Estados Unidos de América saluda muy atentamente al Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, remite a la República Bolivariana de Venezuela al juicio titulado Helmerich & Payne International Drilling Co., versus la República Bolivariana de Venezuela, Caso No. 1:11-cv-01735 (RLW), que se encuentra pendiente ante el Tribunal Federal del Distrito de Columbia, Estados Unidos de América, y en el que la República Bolivariana de Venezuela es la parte demandada. La Embajada adjunta con la presente citación y la demanda; de modo que esta nota constituye la entrega de estos documentos a la República Bolivariana de Venezuela como se contempla en el Título 28 del Código de los Estados Unidos, Sección 1608 (a)(4).

Además de la citación y la demanda, la Embajada adjunta la notificación de la intención de continuar el juicio elaborada por el demandante, la cual resume la naturaleza del caso e incluye referencias a las leyes pertinentes de los Estados Unidos con relación a las acciones legales contra Estados extranjeros.

Conforme al derecho aplicable de los Estados Unidos de América, un acusado en juicio debe consignar una respuesta a la demanda o alguna otra contestación a lo alegado en ésta dentro de los 60 días a partir de la fecha de

la transmisión de la demanda (es decir, la fecha de esta nota) o enfrentar la posibilidad de un fallo en su contra sin la oportunidad de presentar pruebas o argumentos a su favor. Por consiguiente, la Embajada solicita que la citación, la demanda y la notificación del juicio adjuntas sean enviadas a la autoridad competente de la República Bolivariana de Venezuela, con el fin de tomar los pasos necesarios para evitar un fallo por incomparecencia.

Conforme a las leyes de los Estados Unidos, cualquier defensa jurisdiccional o de otra índole, incluyendo las reclamaciones de inmunidad soberana, deben ser dirigidas a la corte ante la cual el asunto está pendiente, por lo que es aconsejable consultar con un abogado en los Estados Unidos. De lo contrario, los procedimientos continuarán sin la oportunidad de presentar pruebas o posibles defensas. De acuerdo con la práctica, el Departamento de Estado de los Estados Unidos se encuentra disponible para comunicarles a los asesores jurídicos los requisitos de la ley de los Estados Unidos. El Gobierno de los Estados Unidos no es una parte en este litigio y no puede representar a las demás partes en este asunto.

La Embajada de los Estados Unidos de América aprovecha la oportunidad para reiterar al Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela las seguridades de su más alta consideración.

Embajada de los Estados Unidos de América,
Caracas, 8 de junio de 2012.

EMBASSY OF THE UNITED STATES OF AMERICA · CARACAS ·

No. 316

The Embassy of the United States of America presents its compliments to the Ministry of Popular Power for Foreign Affairs of the Bolivarian Republic of Venezuela, and refers the Bolivarian Republic of Venezuela to the lawsuit entitled Helmerich & Payne International Drilling Co., et al v. Bolivarian Republic of Venezuela, Case No. 1:11-cv-01735(RLW), which is pending in the Federal District Court for the District of Columbia, United States of America, and in which the Bolivarian Republic of Venezuela is a defendant. The Embassy herewith transmits a summons and complaint. This note constitutes transmittal of these documents to the Bolivarian Republic of Venezuela as contemplated in Title 28, United States Code, Section 1608(a)(4).

In addition to the summons and complaint, the Embassy is enclosing notice of suit prepared by the plaintiff, which summarizes the nature of the case and includes references to pertinent U.S. laws concerning suits against foreign States.

Under applicable United States law, a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days from the date of transmittal of the complaint (i.e., the date of this note) or face the possibility of having judgment entered against it without the

opportunity of presenting evidence or arguments in its behalf. Accordingly, the Embassy requests that the enclosed summons, complaint, and notice of suit be forwarded to the appropriate authority of the Bolivarian Republic of Venezuela with a view towards taking whatever steps are necessary to avoid a default judgment.

Under the laws of the United States, any jurisdictional or other defense, including claims of sovereign immunity, must be addressed to the court before which the matter is pending and for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present evidence or possible defenses. Consistent with practice, the United States Department of State is available to discuss with counsel the requirements of U.S. law. The United States Government is not a party to this litigation and cannot represent other parties in this matter.

The Embassy of the United States of America avails itself of this opportunity to reiterate to the Ministry for Popular Power of Foreign Affairs of the Bolivarian Republic of Venezuela the assurances of its highest consideration.

Embassy of the United States of America,
Caracas, June 8, 2012.

EMBASSY OF THE UNITED STATES OF AMERICA • CARACAS •