# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELMERICH & PAYNE INTERNATIONAL DRILLING CO. and HELMERICH & PAYNE DE VENEZUELA C.A., <br><br> Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, PETRÓLEOS DE VENEZUELA, S.A., and PDVSA PETRÓLEO, S.A., <br><br> Defendants. | Case No. 11-cv-01735 (RLW) |

## ORDER

The matter is before the Court on Plaintiff Helmerich & Payne de Venezuela, C.A. ("H&P-V")'s Motion for Entry of Partial Final Judgment on Its Expropriation Claim Pursuant to Rule 54(b) Or, in the Alternative, for Authorization to Petition the Court of Appeals to Allow an Interlocutory Appeal under 28 U.S.C. § 1292(b).

It is undisputed that H&P-V's expropriation claim against Defendants is a "claim for relief" under Rule 54(b). It is further undisputed that the Court's September 20, 2013 dismissal of H&P-V's expropriation claim for lack of subject matter jurisdiction constitutes a final decision with respect to H&P-V's expropriation claim. *See, e.g.*, *Johnson v. Mukasey*, 248 F.R.D.347, 355 (D.D.C.2008).

In addition, the Court finds that there is no just reason to delay entry of partial final judgment in favor of Defendants on H&P-V's expropriation claim. The entry of partial final judgment will serve the interests of sound judicial administration because (1) immediate review of the dismissal of H&P-V's expropriation claim will not lead to multiple appeals addressing

similar issues; (2) in light of Defendants' pending interlocutory appeals (Dkt. Nos. 59, 60), it is most efficient to resolve all appealable issues stemming from the Court's September 20 Order in one round of appellate review; and (3) in light of Defendants' pending interlocutory appeals, immediate review of H&P-V's expropriation claim will not impede the progress of the proceeding in this Court.  The Court further finds that the equities militate in favor of entering partial final judgment, which will likely avoid unnecessary delay and costs for the parties.  *See Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 8-10 (1980); *Bldg. Indus. Ass'n v. Babbitt*, 161 F.3d 740, 743-44 (D.C. Cir. 1998).

Accordingly, it is hereby ORDERED that Plaintiff H&P-V's motion is GRANTED pursuant to Rule 54(b).

It is further ORDERED that final judgment is hereby entered in favor of Defendants with respect to H&P-V's expropriation claim.

This is a final and appealable order.

IT IS SO ORDERED.

Date:  January 6, 2014

ROBERT L. WILKINS
United States District Judge