# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELMERICH & PAYNE INTERNATIONAL DRILLING CO. and HELMERICH & PAYNE DE VENEZUELA C.A., <br><br> Plaintiffs, <br><br> vs. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, PETRÓLEOS DE VENEZUELA, S.A., and PDVSA PETRÓLEO, S.A., <br><br> Defendants. | Case No. 1:11-cv-01735-CRC |

## BOLIVARIAN REPUBLIC OF VENEZUELA'S STATUS REPORT

Defendant Bolivarian Republic of Venezuela ("Venezuela") submits this status report in response to the Court's order of December 7, 2018.  Venezuela joins in the description of the status of the case and list of remaining jurisdictional issues set forth in the PDVSA Defendants' Status Report.  In addition, there remains one jurisdictional issue affecting only Venezuela – namely, whether this Court has jurisdiction over Plaintiff Helmerich & Payne International Drilling Co.'s ("H&P-IDC's") claim against Venezuela under 28 U.S.C. § 1605(a)(3) when neither the allegedly expropriated property nor any property exchanged for the allegedly expropriated property is the United States in connection with a commercial activity carried on by Venezuela in the United States.  *See de Csepel v. Republic of Hungary*, 859 F.3d 1094 (D.C. Cir. 2017); *Simon v. Republic of Hungary*, 812 F.3d 127 (D.C. Cir. 2016).  That issue is a legal question.  Venezuela also notes that Defendants' motions to dismiss under Rule 12(b)(6) remain pending.

- 2 -

Venezuela has been discussing with H&P-IDC resolution of the claim against it and believes that any jurisdictional discovery directed to it would be inappropriate in general and certainly before resolution of the jurisdictional issue described above.  Therefore, Venezuela agrees with H&P-IDC that a 60-day stay is appropriate to allow those discussions to continue.

Dated: December 21, 2018    Respectfully submitted,

**HOGAN LOVELLS US LLP**

By:  */s/ William L. Monts III*
William L. Monts III (D.C. Bar No. 428856)
555 Thirteenth Street, NW
Washington, DC  20004-1009
Tel.: (202) 637-5600
Fax: (202) 637-5910
Email: william.monts@hoganlovells.com

-and-

By:  */s/ Bruce D. Oakley*
Bruce D. Oakley (D.C. Bar No. TX0102)
609 Main Street, Suite 4200
Houston, TX  77002
Tel. (713) 632-1400
Fax: (713) 632-1401
Email: bruce.oakley@hoganlovells.com

*Attorneys for Defendant*
*Bolivarian Republic of Venezuela*