UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELMERICH & PAYNE INTERNATIONAL DRILLING CO., <br><br> Plaintiff, <br><br> vs. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, PETRÓLEOS DE VENEZUELA, S.A., and PDVSA PETRÓLEO, S.A., <br><br> Defendants. | Case No. 1:11-cv-01735-CRC |

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO STAY ALL PROCEEDINGS

Upon consideration of Plaintiff's Motion to Stay All Proceedings, it is hereby

ORDERED that

Plaintiffs' Motion is GRANTED; and

All proceedings and obligations of all parties are STAYED; and

H&P-IDC is ordered to submit a status report every 90 days until otherwise ordered.

Date: February 15, 2019

_____
The Honorable Christopher R. Cooper
United States District Judge