UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELMERICH & PAYNE INTERNATIONAL DRILLING CO., <br><br> Plaintiff, <br><br> vs. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, PETRÓLEOS DE VENEZUELA, S.A., and PDVSA PETRÓLEO, S.A., <br><br> Defendants. | Case No. 1:11-cv-01735-CRC |

**PLAINTIFF'S STATUS REPORT**

On February 15, 2019, this Court stayed all proceedings in this action and ordered Plaintiff Helmerich & Payne International Drilling Co. ("H&P-IDC") to provide a status report every 90 days until otherwise ordered. *See* Order, ECF No. 133. Due to continuing uncertainty over the status and representation of Defendants the Bolivarian Republic of Venezuela ("Venezuela"), Petroleos de Venezuela, S.A. ("PDVSA") and PDVSA Petróleo, S.A. (together with PDVSA, the "PDVSA Defendants"), H&P-IDC believes that the stay should be maintained.

The political situation in Venezuela remains unresolved. Nicolas Maduro maintains effective domestic control over the instruments of the state inside Venezuela, including the PDVSA Defendants. Interim President Juan Guaidó has appointed ad hoc boards of directors for PDVSA and some of its subsidiaries and made efforts to direct PDVSA activities abroad (including in the United States) but does not appear to have any meaningful ability to control PDVSA's activities inside Venezuela.[1]

---

[1] *See, e.g.*, Luc Cohen & Mircely Guanipa, *Venezuela Congress Allows Parallel PDVSA Board to Negotiate Foreign Debt*, REUTERS (Apr. 9, 2019), https://www.reuters.com/article/us-venezuela-politics-pdvsa/venezuela-congress-allows-parallel-pdvsa-board-to-negotiate-foreign-debt-idUSKCN1RL2CQ

The legal situation also remains unclear.  The D.C. Circuit has confirmed that the recognition of Guaidó bars the Maduro government from representing Venezuela in U.S. courts.  *See* Order, *Rusoro Mining Ltd. v. Bolivarian Republic of Venezuela*, No. 18-7044 (D.C. Cir. May 1, 2019).  Although the D.C. Circuit's order does not address the PDVSA Defendants, the Guaidó government has argued that the recognition of Guaidó "renders obsolete … findings about the relationship between PDVSA and the Maduro-led Republic" but recognized that it does not control PDVSA inside Venezuela.  *See* Brief of Intervenor Bolivarian Republic of Brazil, *Crystallex International Corp. v. Petróleos de Venezuela, S.A.*, No. 18-2797 (3d Cir. Apr. 3, 2019).

Under these circumstances, it continues to be impracticable for this litigation to proceed at this time.  H&P-IDC believes that the stay should remain in place, subject to motion by any party to dissolve the stay for good cause shown, and that H&P-IDC should continue to submit status reports every 90 days until such time as the stay is dissolved.

Dated: May 16, 2019

Respectfully submitted,

\_\_/s/ David W. Ogden_____
David W. Ogden (D.C. Bar No. 375951)
David W. Bowker (D.C. Bar No. 989309)
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington D.C. 20006
Tel.:  (202) 663-6000
Fax:  (202) 663-6363
E-mail:  david.ogden@wilmerhale.com

*Attorneys for Plaintiff*