**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HELMERICH & PAYNE INTERNATIONAL DRILLING CO., <br><br> Plaintiff, <br> vs. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, PETRÓLEOS DE VENEZUELA, S.A., and PDVSA PETRÓLEO, S.A., <br><br> Defendants. | Case No. 1:11-cv-01735-CRC |

**JOINT STATUS REPORT**

On February 15, 2019, this Court stayed all proceedings in this action and ordered Plaintiff Helmerich & Payne International Drilling Co. ("H&P-IDC") to provide a status report every 90 days until otherwise ordered. *See* Order, ECF No. 133. H&P-IDC filed its first status report on May 15, 2019 and a second status report on August 14, 2019, requesting that the stay be maintained. ECF Nos. 134, 135. After the second status report, the Court ordered that subsequent reports shall be jointly filed.

The political situation in Venezuela remains materially unchanged and continues to prevent this litigation from moving forward. Defendants can neither produce documents in the control of Petróleos de Venezuela or PDVSA Petróleo nor produce corporate representatives of those defendants for deposition. Under these circumstances, it is impracticable for this litigation to proceed. The parties agree that the stay should remain in place, subject to motion by any party to dissolve the stay for good cause shown, and that the parties should submit joint status reports every 90 days until such time as the stay is dissolved.

Dated: November 12, 2019                     Respectfully submitted,

                                                                  WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ David W. Ogden
David W. Ogden (D.C. Bar No. 375951)
David W. Bowker (D.C. Bar No. 989309)
1875 Pennsylvania Avenue, NW
Washington D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
e-mail: david.ogden@wilmerhale.com

*Attorneys for Plaintiff*

HOGAN LOVELLS US LLP

/s/ William L. Monts III
William L. Monts III (D.C. Bar No. 428856)
555 Thirteenth Street, NW
Washington, DC 20004-1009
Tel.: (202) 637-5600
Fax: (202) 637-5910
Email: william.monts@hoganlovells.com

Bruce D. Oakley (D.C. Bar No. TX0102)
Hogan Lovells US LLP
609 Main Street, Suite 4200
Houston, TX 77002
Tel. (713) 632-1400
Fax: (713) 632-1401
Email: bruce.oakley@hoganlovells.com

*Attorneys for Defendant*
*Bolivarian Republic of Venezuela*

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

/s/ Joseph D. Pizzurro
Joseph D. Pizzurro, Esq. (D.C. Bar No. 468922)
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel.: (202) 452-7373

Fax: (202) 452-7333
Email: jpizzurro@curtis.com

Robert B. García, Esq. (pro hac vice)
Kevin A. Meehan, Esq. (pro hac vice)
101 Park Avenue
New York, New York 10178
Tel.: (212) 696-6000
Fax: (212) 697-1559

*Attorneys for Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A.*