## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELMERICH & PAYNE INTERNATIONAL DRILLING CO. and HELMERICH & PAYNE DE VENEZUELA C.A.,<br><br>Plaintiffs,<br><br>vs.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA, PETRÓLEOS DE VENEZUELA, S.A., and PDVSA PETRÓLEO, S.A.,<br><br>Defendants. | Case No. 1:11-cv-01735-CRC |

## DECLARATION OF DAVID W. BOWKER

I, David W. Bowker, declare pursuant to 28 U.S.C. § 1746:

1.      I am a partner of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), 2100 Pennsylvania Avenue N.W., Washington D.C., and counsel for Plaintiff Helmerich & Payne International Drilling Company ("H&P-IDC" or "Plaintiff") in the above-captioned action.  I am a member in good standing of the Bar of this Court.

2.      I submit this declaration in support of Plaintiff's Opposition to the Renewed Motion to Dismiss of Defendants Petróleos de Venezuela, S.A. ("PDVSA") and PDVSA Petróleo, S.A. ("PDVSA-P") (collectively "PDVSA Defendants").  I have personal knowledge about the information in this Declaration.

3.      Attached hereto as Exhibit 1 is a true and accurate copy of excerpts of Helmerich and Payne, Inc.'s ("H&P, Inc." and collectively with its subsidiaries, "H&P") 10-K Annual Report for the fiscal year ending September 30, 2009.

4.      Attached hereto as Exhibit 2 is a true and accurate copy of excerpts of Helmerich and Payne de Venezuela, C.A.'s ("H&P-V") audited financial statements for the fiscal years ending August 31, 2008 and 2009.

5.      Attached hereto as Exhibit 3 is a copy of a certified English translation of H&P-V's corporate bylaws, dated 2008, followed by a true and accurate copy of the Spanish original, produced by Plaintiff as H&P-IDC_00009663. These are true and accurate copies, with Venezuelan I.D. numbers and U.S. passport numbers redacted.

6.      Attached hereto as Exhibit 4 is a true and accurate copy of a certified English translation of Decree No. 1.123 (Official Gazette No. 1.770 extraordinary, dated August 30, 1975), followed by a true and accurate copy of the Spanish original.

7.      Attached hereto as Exhibit 5 is a true and accurate copy of a certified English translation of excerpts of the Constitution of the Bolivarian Republic of Venezuela (Official Gazette No. 5.908, dated February 19, 2009), followed by a true and accurate copy of the Spanish original excerpts.

8.      Attached hereto as Exhibit 6 is a true and accurate copy of a certified English translation of Venezuela's Organic Hydrocarbons Law, Decree No. 1.510 (Official Gazette No. 34.893, dated August 4, 2006), followed by a true and accurate copy of the Spanish original.

9.      Attached hereto as Exhibit 7 is a certified English translation of PDVSA-P Articles of Incorporation, published in the Extraordinary Shareholders' Meeting Minutes of November 6, 2006, followed by a copy of the Spanish original, produced in discovery by PDVSA Defendants as PDV0009282.  These are true and accurate copies, with Venezuelan I.D. numbers redacted.

10.    Attached hereto as Exhibit 8 is a true and accurate copy of excerpts of the transcript of the deposition of Josaim Trujillo Acosta in this case, dated March 23, 2016.

11.    Attached hereto as Exhibit 9 is a true and accurate copy of excerpts of H&P, Inc.'s 10-K Annual Report for the fiscal year ending September 30, 1998.

12.    Attached hereto as Exhibit 10 is a true and accurate copy of excerpts of H&P, Inc.'s 10-K Annual Report for the fiscal year ending September 30, 2005.

13.    Attached hereto as Exhibit 11 is a true and accurate copy of Plaintiff's Responses and Objections to PDVSA Defendants' First Set of Interrogatories, dated September 30, 2022.

14.    Attached hereto as Exhibit 12 is a true and accurate copy of excerpts of an H&P-V document produced during discovery, Bates number H&P-IDC_00058367, which is designated "Confidential."  Plaintiff is seeking to file this Exhibit under seal.

15.    Attached hereto as Exhibit 13 is a certified English translation of excerpts of an Extrajudicial Inventory performed on June 30, 2010 at H&P-V headquarters (Anaco yard), followed by the Spanish original of those excerpts.  These are true and accurate copies with Venezuelan ID numbers redacted.

16.    Attached hereto as Exhibit 14 is true and accurate copy of an excerpt of an H&P-V document produced by Plaintiff during discovery, Bates number H&P-IDC_00017083, which is designated "Confidential."  Plaintiff is seeking to file this Exhibit under seal.

17.    Attached hereto as Exhibit 15 is a true and accurate copy of excerpts of a June 2009 Private Placement Memorandum for $100 million in senior notes issued by H&P, Inc.

18.    Attached hereto as Exhibit 16 is a true and accurate copy of an excerpt of H&P, Inc.'s 10-K Annual Report for the fiscal year ending September 30, 2008.

19.     Attached hereto as Exhibit 17 is a true and accurate copy of a January 21, 2009 memorandum from Hans Helmerich to H&P, Inc.'s Board of Directors regarding "Venezuela Receivables and Dividend Request."

20.     Attached hereto as Exhibit 18 is a true and accurate copy of excerpts of H&P, Inc.'s 10-K Annual Report for the fiscal year ending September 30, 2010.

21.     Attached hereto as Exhibit 19 is a true and accurate copy of an excerpt of H&P, Inc.'s 10-K Annual Report for the fiscal year ending September 30, 2007.

22.     Attached hereto as Exhibit 20 is a true and accurate copy of an internal H&P email exchange dated December 31, 2008 through January 4, 2009 regarding H&P's operations in Venezuela.

23.     Attached hereto as Exhibit 21 is a true and accurate copy of an internal H&P email exchange dated January 9, 2009 through January 12, 2009, regarding the status of H&P's operations in Venezuela.

24.     Attached hereto as Exhibit 22 is a true and accurate copy of an internal H&P email, dated January 19, 2009, regarding a meeting between representatives of H&P-IDC and PDVSA.

25.     Attached hereto as Exhibit 23 is a true and accurate copy of an internal email from John Lindsay, dated January 22, 2009, regarding a meeting between representatives of H&P-IDC and PDVSA.

26.     Attached hereto as Exhibit 24 is a true and accurate copy of a June 24, 2010 press release issued by H&P, Inc. regarding news reports in Venezuela.

27.      Attached hereto as Exhibit 25 is a true and accurate copy of internal H&P meeting notes from a May 24, 2010 meeting between representatives of H&P and PDVSA at CITGO's headquarters in Houston, Texas.

28.      Attached hereto as Exhibit 26 is a true and accurate copy of a letter, dated June 23, 2010, from John Lindsay of H&P-IDC to Rafael Rodriguez of PDSVA Servicios, S.A. ("PDVSA-S").

29.      Attached hereto as Exhibit 27 is a true and accurate copy of an internal H&P email exchange, dated June 13, 2010, regarding H&P's operations in Venezuela.

30.      Attached hereto as Exhibit 28 is a true and accurate copy of a certified English translation of an excerpt of a Bill of Agreement (Official Gazette No. 377.499, dated June 29, 2010), issued by the National Assembly of the Bolivarian Republic of Venezuela, followed by a true and accurate copy of the Spanish original, produced in discovery by PDVSA Defendants as Bates number PDV0009955.

31.      Attached hereto as Exhibit 29 is a true and accurate copy of a certified English translation of Decree No. 7.532 (Official Gazette No. 377.601, dated June 29, 2010), followed by a true and accurate copy of the Spanish original, produced in discovery by PDVSA Defendants as Bates number PDV0010059.

32.      Attached hereto as Exhibit 30 is a true and accurate copy of a certified English translation of an internal PDVSA document produced during discovery by PDVSA Defendants, followed by a true and accurate copy of the Spanish original, Bates number PDV0005301, as Plaintiff previously filed with this Court on January 20, 2016.  *See* Dkt. No. 81-36 (filed under seal).  Plaintiff is seeking to file this Exhibit under seal, as PDVSA Defendants have designated the document as "Confidential."

33.     Attached hereto as Exhibit 31 is a copy of a certified English translation of PDVSA-P's expropriation application filed before the Cabimas Court in Venezuela on July 1, 2010, preceded by a copy of the Spanish original.  These are true and accurate copies, with Venezuelan I.D. numbers redacted, as Plaintiff previously filed with this Court on January 20, 2016.  *See* Dkt. No. 81-16.

34.     Attached hereto as Exhibit 32 is a copy of a certified English translation of PDVSA-P's expropriation application filed before the El Tigre Court in Venezuela on July 1, 2010, followed by a copy of the Spanish original.  These are true and accurate copies, with Venezuelan I.D. numbers redacted, as Plaintiff previously filed with this Court on January 20, 2016.  *See* Dkt. No. 81-19.

35.     Attached hereto as Exhibit 33 is a true and accurate copy of a certified English translation of the El Tigre Court's interim measures order of July 1, 2010, preceded by a true and accurate copy of the Spanish original, as Plaintiff previously filed with this Court on January 20, 2016.  *See* Dkt. No. 81-20.

36.     Attached hereto as Exhibit 34 is a copy of a certified English translation of the Cabimas Court's interim measures order of July 1, 2010, preceded by a copy of the Spanish original.  These are true and accurate copies, with Venezuelan I.D. numbers redacted, as Plaintiff previously filed with this Court on January 20, 2016.  *See* Dkt. No. 81-17.

37.     Attached hereto as Exhibit 35 is a copy of a certified English translation of the El Tigre Court's interim measure enforcement order of July 1, 2010, followed by a copy of the Spanish original.  These are true and accurate copies, with Venezuelan I.D. numbers redacted, as Plaintiff previously filed with this Court on January 20, 2016.  *See* Dkt. No. 81-21.

38.     Attached hereto as Exhibit 36 is a copy of a certified English translation of the Cabimas Court's interim measures order of February 1, 2011, followed by a copy of the Spanish original.  These are true and accurate copies, with Venezuelan I.D. numbers redacted, as Plaintiff previously filed with this Court on January 20, 2016.  *See* Dkt. No. 81-18.

39.     Attached hereto as Exhibit 37 is a copy of a certified English translation of a notice from the Cabimas Court regarding the status of expropriation proceedings against H&P-V, dated March 4, 2016, followed by a copy of the Spanish original.  These are true and accurate copies, with Venezuelan I.D. numbers redacted.

40.     Attached hereto as Exhibit 38 is a copy of a certified English translation of an order from the Cabimas Court acknowledging H&P-V's request for a decision in the expropriation proceedings against it, dated March 19, 2021, followed by a copy of the Spanish original.  These are true and accurate copies, with Venezuelan I.D. numbers redacted.

41.     Attached hereto as Exhibit 39 is a true and accurate copy of a U.S. Department of State 2022 Country Report on Human Rights Practices: Venezuela, available at https://www.state.gov/reports/2022-country-reports-on-human-rights-practices/venezuela/ (last accessed Dec. 11, 2023).

42.     Attached hereto as Exhibit 40 is a true and accurate copy of a certified English translation of a transcription of a speech given on July 1, 2010 by Rafael Ramírez, Venezuela's Minister of Energy and Petroleum and the President of PDVSA at the time, followed by a true and accurate copy of a certified transcription of the Spanish original, as previously filed by as Plaintiff previously filed with this Court on January 20, 2016.  *See* Dkt. No. 81-27.

43.     Attached hereto as Exhibit 41 is a true and accurate copy of a PDVSA press release dated July 2, 2010 titled "An act of social justice represents nationalization of drills,"

downloaded from PDVSA's website, as Plaintiff previously filed with this Court on January 20, 2016.  *See* Dkt. No. 81-26.

44.     Attached hereto as Exhibit 42 is a true and accurate copy of excerpts of H&P-V's audited financial statements for the fiscal years ending August 31, 2010 and 2011.

45.     Attached hereto as Exhibit 43 is a true and accurate copy of a certified English translation of excerpts of H&P-V's audited financial statements for the fiscal years ending August 31, 2011 and 2012, followed by a true and accurate copy of the Spanish original of those excerpts.

46.     Attached hereto as Exhibit 44 is a copy of a certified English translation of a Notification of the Cessation of Economic Activities, submitted by H&P-V to the municipality of Anaco, Venezuela, on July 23, 2010, followed by the Spanish original.  These are true and accurate copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

47.     Attached hereto as Exhibit 45 is a copy of a certified English translation of a Notification of the Cessation of Economic Activities, submitted by H&P-V to the municipality of Ezequiel Zamora, Venezuela, on July 28, 2010, followed by the Spanish original.  These are true and accurate copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

48.     Attached hereto as Exhibit 46 is a copy of a certified English translation of a Notification of the Cessation of Economic Activities, submitted by H&P-V to the municipality of Maturin, Venezuela, on August 2, 2010, followed by the Spanish original.  These are true and accurate copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

49.     Attached hereto as Exhibit 47 is a copy of a certified English translation of a Notification of the Cessation of Economic Activities, submitted by H&P-V to the municipality of

Santa Barbara, Venezuela, on July 28, 2010, followed by the Spanish original.  These are true
and accurate copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

50.     Attached hereto as Exhibit 48 is a copy of a certified English translation of a
Notification of the Cessation of Economic Activities, submitted by H&P-V to the municipality of
Pedro Maria Freites, Venezuela, on July 29, 2010, followed by the Spanish original.  These are
true and accurate copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

51.     Attached hereto as Exhibit 49 is a copy of a certified English translation of a
Notification of the Cessation of Economic Activities, submitted by H&P-V to the municipality of
Cedeno, Venezuela, on July 28, 2010, followed by the Spanish original.  These are true and
accurate copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

52.     Attached hereto as Exhibit 50 is a copy of a certified English translation of a
Notification of the Cessation of Economic Activities, submitted by H&P-V to the municipality of
Trujillo, Venezuela, followed by the Spanish original.  These are true and accurate copies with
Venezuelan I.D. numbers and tax I.D. numbers redacted.

53.     Attached hereto as Exhibit 51 is a copy of certified English translation of a
Notification of the Cessation of Economic Activities, submitted by H&P-V to the municipality of
Piar, Venezuela, on July 28, 2010, followed by the Spanish original.  These are true and accurate
copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

54.     Attached hereto as Exhibit 52 is a copy of certified English translation of a
Notification of the Cessation of Economic Activities, submitted by H&P-V to the municipality of
Baralt, Venezuela, on August 8, 2010, followed by the Spanish original.  These are true and
accurate copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

55.     Attached hereto as Exhibit 53 is a copy of a certified English translation of a Notification of the Cessation of Economic Activities, submitted by H&P-V to the municipality of Lagunillas, Venezuela, on August 2, 2010, followed by the Spanish original.  These are true and accurate copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

56.     Attached hereto as is a copy of a certified English translation of a Notification of the Cessation of Economic Activities, submitted by H&P-V to the municipality of La Ceiba, Venezuela, followed by the Spanish original.  These are true and accurate copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

57.     Attached hereto as Exhibit 55 is a copy of a certified English translation of a Notification of the Cessation of Economic Activities, submitted by H&P-V to the National Institute for Socialist Training and Education (INCES), on July 23, 2010, followed by the Spanish original.  These are true and accurate copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

58.     Attached hereto as Exhibit 56 is a copy of a certified English translation of a Notification of the Cessation of Economic Activities, submitted by H&P-V to the National Housing and Habitat Bank and Savings and Loans Institutions Tax Directorate, on July 23, 2010, followed by the Spanish original.  These are true and accurate copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

59.     Attached hereto as Exhibit 57 is a copy of a certified English translation of a Notification of the Cessation of Economic Activities, submitted by H&P-V to the National Observatory of Science, Technology and Innovation, on December 20, 2010, followed by the Spanish original.  These are true and accurate copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

60.     Attached hereto as Exhibit 58 is a copy of a certified English translation of a Notification of the Cessation of Economic Activities, submitted by H&P-V to the National Institute of Occupational Prevention, Health and Safety (INPSASEL), on July 28, 2010, followed by the Spanish original.  These are true and accurate copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

61.     Attached hereto as Exhibit 59 is a copy of a certified English translation of a Notification of the Cessation of Economic Activities, submitted by H&P-V to the National Integrated Customs and Tax Administration Service (SENIAT), on July 27, 2010, followed by the Spanish original.  These are true and accurate copies with Venezuelan I.D. numbers and tax I.D. numbers redacted.

62.     Attached hereto as Exhibit 60 is a copy of a certified English translation of an H&P-V response letter dated May 20, 2015 to the municipality of Anaco regarding a tax audit for fiscal years 2010-2014, followed by the Spanish original.  These are true and correct copies with tax I.D. numbers redacted.

63.     Attached hereto as Exhibit 61 is a true and accurate copy of excerpts of H&P, Inc.'s 10-K Annual Report for the fiscal year ending September 30, 2022.

64.     Attached hereto as Exhibit 62 is a true and accurate copy of excerpts of the transcript of the Rule 30(b)(6) deposition of H&P-IDC corporate representative, Stuart G. Spencer, in this case, dated July 14, 2023.

65.     Attached hereto as Exhibit 63 is a true and accurate copy of an internal H&P email dated June 21, 2011, followed by an attached document titled "Venezuela Non Tax Issues Status Report Agenda for Discussion."  Plaintiff is seeking to file this document under seal with certain information redacted.

66.     Attached hereto as Exhibit 64 is a true and accurate copy of 'Plaintiff's First Supplemental Responses and Objections to PDVSA Defendants' First Set of Interrogatories, dated June 8, 2023.

67.     Attached hereto as Exhibit 65 is a true and accurate copy of an internal H&P email exchange, dated August 16, 2010 through August 18, 2010.

68.     Attached hereto as Exhibit 66 is a true and accurate copy of an internal H&P email exchange dated November 18, 2015 through January 20, 2016, followed by an attached document titled "Pending Issues Related to Venezuela." Plaintiff is seeking to file this document under seal with certain information redacted.

69.     Attached hereto as Exhibit 67 is a true and accurate copy of an internal H&P meeting invitation dated May 23, 2017. Plaintiff is seeking to file this document under seal with certain information redacted.

70.     Attached hereto as Exhibit 68 is a true and accurate copy of the minutes of a 2014 H&P-V shareholder meeting. Venezuelan I.D. numbers have been redacted.

71.     Attached hereto as Exhibit 69 is a true and accurate copy of an H&P-V document produced during discovery, Bates number H&P-IDC_00143163, which is designated "Confidential." Plaintiff is seeking to file this Exhibit under seal.

72.     Attached hereto as Exhibit 70 is a true and accurate copy of excerpts of an H&P-V document produced during discovery, Bates number H&P-IDC_00143169, which is designated "Confidential." Plaintiff is seeking to file this Exhibit under seal.

73.     Attached hereto as Exhibit 71 is a true and accurate copy of Plaintiff's Second Supplemental Responses and Objections to PDVSA Defendants' First Set of Interrogatories, dated August 25, 2023.

74.     Attached hereto as Exhibit 72 is a copy of a certified English translation of the minutes of a September 23, 2020 H&P-V shareholder meeting, followed by the Spanish original. These are true and accurate copies with Venezuelan I.D. numbers redacted.

75.     Attached hereto as Exhibit 73 are excerpts of a true and accurate copy of an H&P-V document produced during discovery, Bates number H&P-IDC_00005775, which is designated "Confidential."  Plaintiff is seeking to file this Exhibit under seal.

76.     Attached hereto as Exhibit 74 is a true and accurate copy of excerpts of an H&P-V document produced during discovery, Bates number H&P-IDC_00006126, which is designated "Confidential."  Plaintiff is seeking to file this Exhibit under seal.

77.     Attached hereto as Exhibit 75 is a true and accurate copy of excerpts of an H&P-V document produced during discovery, Bates number H&P-IDC_00104263, which is designated "Confidential."  Plaintiff is seeking to file this Exhibit under seal.

78.     Attached hereto as Exhibit 76 is a true and accurate copy of a PDVSA press release dated July 16, 2010, titled "Recovered drilling rig will begin operations in Monagas," captured from PDVSA's website by WilmerHale in 2011.

79.     Attached hereto as Exhibit 77 is a true and accurate copy of a certified English translation of an internal PDVSA document produced during discovery, followed by a true and accurate copy of the Spanish original, Bates number PDV0005251.  Plaintiff is seeking to file this Exhibit under seal, as Defendants have designated the document as "Confidential."

80.     Attached hereto as Exhibit 78 is a true and accurate copy of a certified English translation of an internal PDVSA document produced during discovery, followed by a true and accurate copy of the Spanish original, Bates number PDV0005254.  Plaintiff is seeking to file this Exhibit under seal, as Defendants have designated the document as "Confidential."

81.     Attached hereto as Exhibit 79 is a true and accurate copy of a certified translation of an internal PDVSA document produced during discovery, followed by a true and accurate copy of the Spanish original, Bates number PDV0005271.  Plaintiff is seeking to file this Exhibit under seal, as Defendants have designated the document as "Confidential."

82.     Attached hereto as Exhibit 80 is a true and accurate copy of an internal H&P email, dated December 7, 2010, regarding the status of H&P's expropriated rigs in Venezuela.

83.     Attached hereto as Exhibit 81 is a true and accurate copy of a certified English translation of a collection of PDVSA daily operations reports dated between May 28, 2011 and January 22, 2013, followed by true and accurate copies of the Spanish originals.  These reports were produced in discovery by PDVSA Defendants as PDV0006576-PDV0006632.  Duplicate pages have been removed.

84.     Attached hereto as Exhibit 82 is a true and accurate copy of a certified English translation of a PDVSA press release dated August 19, 2010, titled "First nationalized drill began operations," captured from PDVSA's website by WilmerHale in 2011, followed by a true and accurate copy of the Spanish original.

85.     Attached hereto as Exhibit 83 is a true and accurate copy of the PDVSA 2008 Articles of Incorporation, published in the Official Gazette No. 38.988 on August 6, 2008, followed by a true and accurate copy of the Spanish original.

86.     Attached hereto as Exhibit 84 is a true and accurate copy of a PDVSA Offering Circular for $5,000,000,000 in 6.00% senior notes due 2024, dated May 14, 2014, as Plaintiff previously filed with this Court on January 20, 2016.  *See* Dkt. No. 81-31.

87.     Attached hereto as Exhibit 85 is a true and accurate copy of excerpts of PDVSA and its subsidiaries' consolidated financial statements for years ending December 31, 2010,

2009, and 2008.  This document was produced in discovery by PDVSA Defendants as PDV0006641.

88.     Attached hereto as Exhibit 86 is a true and accurate copy of PDVSA Servicios, S.A.'s ("PDVSA-S") Articles of Incorporation, as filed on December 27, 2007, followed by a true and accurate copy of the Spanish original.

89.     Attached hereto as Exhibit 87 is a true and accurate copy of an excerpt from the Articles of Incorporation of PDVSA Servicios Petroleros, S.A., published in the Extraordinary Shareholders' Meeting Minutes of March 8, 2010, followed by a true and accurate copy of the Spanish original.

90.     Attached hereto as Exhibit 88 is a true and accurate copy of PDVSA's 2011 Annual Management Report, produced in discovery by PDVSA Defendants as PDV0007504.

91.     Attached hereto as Exhibit 89 is a true and accurate copy of a certified English translation of a Certificate of Completion of the Work and/or Service from PDVSA-Exploración y Producción ("PDVSA-EyP") dated February 11, 2009, followed by a true and accurate copy of the Spanish original.

92.     Attached hereto as Exhibit 90 is a true and accurate copy of a certified English translation of a Certificate of Completion of the Work and/or Service from PDVSA-EyP dated February 26, 2009, followed by a true and accurate copy of the Spanish original.

93.     Attached hereto as Exhibit 91 is a true and accurate copy of a certified English translation of a Certificate of Completion of the Work and/or Service from PDVSA-EyP dated March 30, 2009, followed by a true and accurate copy of the Spanish original.

94.     Attached hereto as Exhibit 92 is a true and accurate copy of a certified English translation of a Certificate of Completion of the Work and/or Service from PDVSA-S dated April 4, 2009, followed by a true and accurate copy of the Spanish original.

95.     Attached hereto as Exhibit 93 is a true and accurate copy of a certified English translation of a Certificate of Completion of the Work and/or Service from PDVSA-S dated April 22, 2009, followed by a true and accurate copy of the Spanish original.

96.     Attached hereto as Exhibit 94 is a true and accurate copy of a certified English translation of a Certificate of Completion of the Work and/or Service from PDVSA-S dated April 23, 2009, followed by a true and accurate copy of the Spanish original.

97.     Attached hereto as Exhibit 95 is a true and accurate copy of a certified English translation of a Certificate of Completion of the Work and/or Service from Boqueron dated June 17, 2009, followed by a true and accurate copy of the Spanish original.

98.     Attached hereto as Exhibit 96 is a true and accurate copy of a certified English translation of a Certificate of Completion of the Work and/or Service from PDVSA-EyP dated August 23, 2009, followed by a true and accurate copy of the Spanish original.

99.     Attached hereto as Exhibit 97 is a true and accurate copy of a certified English translation of a Certificate of Completion of the Work and/or Service from PDVSA-EyP dated December 31, 2008, followed by a true and accurate copy of the Spanish original.

100.     Attached hereto as Exhibit 98 is a true and accurate copy of a certified translation of an internal PDVSA document produced during discovery, followed by a true and accurate copy of the Spanish original, Bates number PDV0005350.  Plaintiff is seeking to file this Exhibit under seal, as PDVSA Defendants have designated the document as "Confidential."

16

101.    Attached hereto as Exhibit 99 is a true and accurate copy of a certified English translation of an internal PDVSA document produced during discovery, followed by a true and accurate copy of the Spanish original, Bates number PDV0005403.  Plaintiff is seeking to file this Exhibit under seal, as PDVSA Defendants have designated the document as "Confidential."

102.    Attached hereto as Exhibit 100 is a true and accurate copy of a certified English translation of an internal PDVSA document produced during discovery, followed by a true and accurate copy of the Spanish original, Bates number PDV0005456.  Plaintiff is seeking to file this Exhibit under seal, as PDVSA Defendants have designated the document as "Confidential."

103.    Attached hereto as Exhibit 101 is a true and accurate copy of a certified English translation of an internal PDVSA document produced during discovery, followed by a true and accurate copy of the Spanish original, Bates number PDV0005509.  Plaintiff is seeking to file this Exhibit under seal, as PDVSA Defendants have designated document as "Confidential."

104.    Attached hereto as Exhibit 102 is a true and accurate copy of a certified English translation of excerpts of an internal PDVSA document produced during discovery, followed by a true and accurate copy of the Spanish original excerpts, Bates number PDV0005808.  Plaintiff is seeking to file this Exhibit under seal, as PDVSA Defendants have designated the document as "Confidential."

105.    Attached hereto as Exhibit 103 is a true and accurate copy of a certified English translation of an excerpt of an internal PDVSA document produced during discovery, followed by a true and accurate copy of the Spanish original excerpt, Bates number PDV0005885. Plaintiff is seeking to file this Exhibit under seal, as PDVSA Defendants have designated the document as "Confidential."

106.    Attached hereto as Exhibit 104 is a true and accurate copy of a certified English translation of excerpts of PDVSA's 2010 Annual Management Report, followed by a true and accurate copy of the Spanish original excerpts, produced in discovery by PDVSA Defendants as PDV0006728.

107.    Attached hereto as Exhibit 105 is a true and accurate copy of a certified English translation of excerpts of PDVSA and its subsidiaries' consolidated financial statements for years ending December 31, 2013, 2012, and 2011, followed by a true and accurate copy of the Spanish original excerpts, produced in discovery by PDVSA Defendants as PDV0008411.

108.    Attached hereto as Exhibit 106 is a true and accurate copy of a certified English translation of excerpts of PDVSA and its subsidiaries' consolidated financial statements for years ending December 31, 2014, 2013, and 2012, followed by a true and accurate copy of the Spanish original excerpts, produced in discovery by PDVSA Defendants as PDV0008844.

109.    Attached hereto as Exhibit 107 is a true and accurate copy of excerpts of PDVSA and its subsidiaries' consolidated financial statements for the year ending December 31, 2016.

110.    Attached hereto as Exhibit 108 has been intentionally left blank.

111.    Attached hereto as Exhibit 109 is a true and accurate copy of a CITGO Petroleum Corporation Offering Memorandum for $300,000,000 in 11.500% senior secured notes due 2017, dated June 18, 2010.

112.    Attached hereto as Exhibit 110 is a true and accurate copy of a PDVSA Offering Circular for $6,150,000,000 in 8.5% senior notes due 2017, dated March 17, 2011.

113.    Attached hereto as Exhibit 111 is a true and accurate copy of a PDVSA Offering Circular for $7,100,000,000 in 8.5% senior secured notes due 2020, dated September 16, 2016.

114.    Attached hereto as Exhibit 112 is a true and accurate copy of a PDVSA Offering Circular for $3,000,000,000 in 12.75% senior notes due 2022, dated April 5, 2011.

115.    Attached hereto as Exhibit 113 is a true and accurate copy of a PDVSA Offering Circular for $2,394,239,600 in 9% senior notes due 2021, dated November 11, 2011.

116.    Attached hereto as Exhibit 114 is a true and accurate copy of Plaintiff's Responses and Objections to PDVSA Defendants' First Set of Requests to Admit, dated July 1, 2022.

117.    Attached hereto as Exhibit 115 is a true and accurate copy of excerpts of H&P, Inc.'s 10-K Annual Report for the fiscal year ending September 30, 2013.

118.    Attached hereto as Exhibit 116 is a true and accurate copy of a certified English translation of excerpts of the Venezuelan Commercial Code (Official Gazette No. 475 – Extraordinary Edition of December 21,1955), followed by a true and accurate copy of the Spanish original excerpts.

119.    Attached hereto as Exhibit 117 is a true and accurate copy of a certified English translation of Venezuelan Presidential Decree-Law No. 356 (Official Gazette No. 5.390, dated October 22, 1999), "Order Having the Rank and Force of Law on Investment Promotion and Protection," followed by a true and accurate copy of the Spanish original.

120.    Attached hereto as Exhibit 118 is a true and accurate copy of a certified English translation of Venezuelan Presidential Decree No. 1867 (Official Gazette No. 37489, dated July 22, 2002), "Regulations of the Decree with the Rank and Force of Law to Promote and Protect Investments," followed by a true and accurate copy of the Spanish original.

121.    Attached hereto as Exhibit 119 is a copy of a certified English translation of a Company Qualification letter sent to H&P-V by the Venezuelan Office of the Director of

Industrialization, Ministry of the Popular Power for Energy and Petroleum, dated June 12, 2009, followed by a copy of the Spanish original.  These are true and accurate copies with Venezuelan I.D. numbers and U.S. passport numbers redacted.

122.    Attached hereto as Exhibit 120 is a true and accurate copy of a certified English translation of a Foreign Investment Registration Update letter sent to H&P-IDC by the Venezuelan Office of the Director of Industrialization, Ministry of the Popular Power for Energy and Petroleum, dated June 12, 2009, followed by a true and accurate copy of the Spanish original.

123.    Attached hereto as Exhibit 121 is a copy of a certified English translation of a Company Qualification letter sent to H&P-V by the Venezuelan Office of the Director of Industrialization, Ministry of the Popular Power for Energy and Petroleum, dated October 24, 2009, followed by a copy of the Spanish original.  These are true and accurate copies with Venezuelan I.D. numbers and U.S. passport numbers redacted.

124.    Attached hereto as Exhibit 122 is a true and accurate copy of a certified English translation of an internal PDVSA document produced during discovery, followed by a true and accurate copy of the Spanish original, Bates number PDV0005456.  Plaintiff is seeking to file this Exhibit under seal, as Defendants have designated the document as "Confidential."

125.    Attached hereto as Exhibit 123 is a true and accurate copy of a screenshot from the ImportGenius search interface, as Plaintiff previously filed with this Court on May 4, 2016. *See* Dkt. No. 109-3.  Personal identifying information has been redacted from the upper right of the screenshot.

126.    Attached hereto as Exhibit 124 is a true and accurate copy of a Venezuela customs record obtained from Panjiva, a commercially available database, dated August 1, 2015, as Plaintiff previously filed with this Court on January 20, 2016.  *See* Dkt. No. 81-33.

127.    Attached hereto as Exhibit 125 is a true and accurate copy of a Venezuela customs record obtained from Panjiva, a commercially available database, dated September 29, 2012, as Plaintiff previously filed with this court on January 20, 2016.  *See* Dkt. No. 81-34.

128.    Attached hereto as Exhibit 126 is a true and accurate copy of a Venezuela customs record obtained from Panjiva, a commercially available database, dated January 10, 2013, as Plaintiff previously filed with this court on January 20, 2016.  *See* Dkt. No. 81-35.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on December 11, 2023, in Washington, D.C.

*S/ David Bowker*
David W. Bowker